UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARY E. BARKER,**

    **Plaintiff,**

v.                                      Case No. 8:09-cv-1406-T-30TBM

**SHIV HOSPITALITY LLC, et al.,**

    **Defendants.**
_____/

**O R D E R**

The Court has been advised by Notice of Voluntary Dismissal With Prejudice (Dkt. #3) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on August 31, 2009.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Shiv Hospitality LLC d/b/a Travelodge, c/o Arvind Patel, 12802 Miramar Place, Tampa, FL 33625

F:\Docs\2009\09-cv-1406.dismissal 3.wpd